IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STARSHA RENE MALEK, ) <br> JASON MALEK, parents and ) <br> natural guardians of ) <br> BRYCE HOOSAC, a minor, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v.   ) <br>   ) <br> SUNBEAM PRODUCTS, INC., ) <br>   ) <br> Defendant. ) | Civil Action No. 04-546 <br><br> Chief Judge Ambrose/ <br> Magistrate Judge Hay |

## ORDER

AND NOW, this 27th day of Feb, 2006, after the plaintiffs, Starsha Rene Malek and Jason Malek, filed an action in the above-captioned case, and after a Motion for Summary Judgment was submitted by defendant, Sunbeam Products, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's Motion for Summary Judgment [Docket No. 33] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiffs desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*[signature]*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Neil J. Marcus, Esquire
Marcus, Black & Spadafore
204 West Main Street
P.O. Box 652
Monongahela, PA 15063-0652

Kathleen S. McAllister, Esquire
DiBella, Geer, McAllister & Best, P.C.
312 Boulevard of the Allies
3rd Floor
Pittsburgh, PA 15222

James M. Rozak, Esquire
James W. Ozog, Esquire
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, IL 60606